**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IBRAHIMA SALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 3:26-cv-800 |
| | ) |
| SECRETARY MARKWAYNE | ) |
| MULLIN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

AND NOW, this 5th day of May, 2026, upon consideration of Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief (Docket No. 2), it is hereby ORDERED that the petition is deemed WITHDRAWN without prejudice.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record